JEFFREY D. ROWE #194708

THE LAW OFFICE OF JEFFREY D. ROWE

2440 W. SHAW AVENUE, SUITE 114

FRESNO, CA 93711

(559)228-1500

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>TRAVIS KENNETH TERRY<br>MORGAN RAE TERRY<br>Debtors, | Case No. 20-11419-A-13F |
|---|---|

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed on April 15, 2020 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the debtor's attorney will seek approval of his fees by filing and serving an application in compliance with U.S.C. sections 329 and 330, and Fed. R. Bankr. P. 2002, 2016 and 2017.

///

///

1

RECEIVED
July 09, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006801398

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows: The Chapter 7 Liquidation Test requires that priority and general unsecured creditors receive a combined total of $2,630.61. This plan currently meets liquidation. However, in order for this plan to remain in compliance after all the claims have been filed, this plan shall not pay less than what liquidation requires with interest thereon at the federal judgment interest rate.

Date: 05/27/2020

_____
Approved by JEFFREY D. ROWE

Date: 5/28/20

_____
Approved by the Chapter 13 Trustee as to form

BY THE COURT

Dated: July 09 2020

_____
Honorable Jennifer E. Niemann
United States Bankruptcy Judge